**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| James R. Oliver,                           )<br>                                                   )<br>            Plaintiff,                        )<br>                                                   )<br>vs.                                               )<br>                                                   )<br>Chris Long,                                  )<br>Sandra Wagner,                        )<br>                                                   )<br>            Defendants.                  )<br>_____ ) | No. CV-06-2429-PCT-LOA<br><br>**ORDER TO SHOW CAUSE** |

   The Plaintiff has timely filed his Agreement to Magistrate Judge Jurisdiction (docket #8) on November 27, 2006 pursuant to the Court's Order to Show Cause issued November 22, 2006 (docket #7).

   **IT IS ORDERED** discharging the Order to Show Cause deadline of December 5, 2006 as set forth in this Court's Order to Show Cause (docket #7).

   DATED this 29th day of November, 2006.

   _____
   Lawrence O. Anderson
   United States Magistrate Judge