**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver, ) | No. CV-06-2429-PCT-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Mr. Chris Long, ) | |
| Ms. Sandra Wagner, ) | |
| ) | |
| Defendants. ) | |
| ) | |

      The Court has received a personal letter from attorney Dudley S. Welker, counsel for Defendant Chris Long, entitled "Non registration of Dudley S. Welker as an attorney for electronic filing" and mailed directly to the undersigned. The letter describes Mr. Welker's long history as an Arizona attorney and judge and then apologizes for not registering as an electronic filer as required for lawyers appearing in the District Court for the District of Arizona.

      Because the letter does not reflect that copies of the letter were mailed to *pro se* Plaintiff and all counsel of record, the Court deems the letter to be an innocent but arguably a prohibited *ex-parte* communication with the Court even though the letter does not discuss the merits of the case pending before the undersigned. *San Carlos Apache Tribe v. Bolton ex rel. County of Maricopa*, 194 Ariz. 68, 977 P.2d 790, 794 (Ariz. 1999) ("[W]ith some exceptions, 'all parties or their lawyers shall be included in communications with a judge.'" (citation omitted)); ER 3.5(b), Arizona Rules of Professional Conduct, Ariz. R.S.Ct. 42, 17A

1  A.R.S. ("A lawyer shall not: (a) seek to influence a judge, juror, prospective juror or other
2  official of a tribunal by means prohibited by law; . . .")  Like the lawyer in *San Carlos*
3  *Apache Tribe*, Mr. Welker is cautioned against initiating *ex parte* communications with an
4  adjudication judge. *Id*. at 796.

5  Except for this Order, the letter will be filed herein with no action or response
6  taken by the Court. Plaintiff and all counsel are directed to comply with Rule 5(a),
7  FED.R.CIV.P., regarding all future pleadings, letters or other writings in this matter and to
8  reflect such mailings on the pleading or document itself.

9  Accordingly,

10  **IT IS ORDERED** directing the Clerk to file the attached letters in the Court's
11  file.

12  **IT IS FURTHER ORDERED** that the Clerk shall mail or electronically deliver
13  a complete copy of this letter to the *pro se* Plaintiff and all counsel of record.

14  Dated this 22nd day of March, 2007.

Lawrence O. Anderson
United States Magistrate Judge

- 2 -