**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Oliver, | ) | No. CV-06-2429-PCT-LOA |
| Plaintiff, | ) | **JUDGMENT** |
| vs. | ) | |
| Mr. Chris Long, Ms. Sandra Wagner, | ) | |
| Defendants. | ) | |

  Pursuant to the Court's Order entered on or about May 15, 2007, regarding Defendant Sandra Wagner's timely-filed Motion for Attorney Fees (docket ## 35, 36),

  **IT IS ORDERED AND ADJUDGED** that Defendant Sandra Wagner is the prevailing party in this matter. Having granted Defendant Sandra Wagner's timely-filed Motion for Attorney Fees, Defendant Sandra Wagner is hereby awarded $2,228.75 plus interest at the rate of  4.89%  per annum pursuant to Title 28 U.S.C. § 1961 against Plaintiff James Oliver from the date of this Judgment until paid in full.

  Dated this 15th day of May, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge