**WO**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| James Oliver, | **Cause No.:  CV-06-2429-PCT-LOA** |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT CHRIS LONG** |
| Mr. Chris Long; Ms. Sandra Wagner, | |
| Defendants. | |

Pursuant to the Stipulation for Substitution of Counsel, by and between Dudley S. Welker and Samantha B. Kelty and Kenneth H. Brendel of Mangum, Wall, Stoops and Warden, and good cause appearing;

**IT IS HEREBY ORDERED** substituting Samantha B. Kelty and Kenneth H. Brendel of MANGUM, WALL, STOOPS & WARDEN, P.L.L.C., as counsel for Defendant Chris Long in place of Dudley S. Welker in the above-entitled cause of action.

DATED this 10th day of July, 2007.

Lawrence O. Anderson
United States Magistrate Judge